| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____ |
| Chapter you are filing under: |
| ■ Chapter 7 |
| ☐ Chapter 11 |
| ☐ Chapter 12 |
| ☐ Chapter 13 |
| ☐ Check if this an amended filing |

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy       12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|   |   | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kristen**<br>First name<br><br>**A**<br>Middle name<br><br>**Zirkle**<br>Last name and Suffix (Sr., Jr., II, III) | **Kevin**<br>First name<br><br>**S**<br>Middle name<br><br>**Zirkle**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. |   |   |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5790 | xxx-xx-2873 |

Debtor 1  **Kristen A Zirkle**
Debtor 2  **Kevin S Zirkle**                                            Case number *(if known)*

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** | **Where you live** | **202 DeLeon Rd**<br>**Debary, FL 32713**<br>Number, Street, City, State & ZIP Code<br><br>**Volusia**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  **Kristen A Zirkle**
Debtor 2  **Kevin S Zirkle**

Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Kristen A Zirkle**
Debtor 2   **Kevin S Zirkle**                                              Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Kristen A Zirkle**
Debtor 2  **Kevin S Zirkle**

Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

*You must check one:*

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | |
|---|---|
| Debtor 1 | **Kristen A Zirkle** |
| Debtor 2 | **Kevin S Zirkle** |

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Kristen A Zirkle | /s/ Kevin S Zirkle |
|---|---|
| **Kristen A Zirkle** | **Kevin S Zirkle** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **August 1, 2018** | Executed on **August 1, 2018** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Kristen A Zirkle**
Debtor 2  **Kevin S Zirkle**                                           Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Alec Solomita**                              Date   **August 1, 2018**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Alec Solomita 0042357**
Printed name

**Solomita Law, PLLc**
Firm name

**12001 Research Parkway**
**Suite 236**
**Orlando, FL 32826**
Number, Street, City, State & ZIP Code

Contact phone  **407-545-3625**           Email address   **asolomita@solomitalaw.com**

**0042357 FL**
Bar number & State

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**           page 7

| | | |
|---|---|---|
| Kristen A Zirkle<br>202 DeLeon Rd<br>Debary, FL 32713 | Capital One Bank USA<br>10700 Capital One Way<br>Glen Allen, VA 23060 | Comenity Bank/Bealls<br>PO Box 182789<br>Columbus, OH 43218 |
| Kevin S Zirkle<br>202 DeLeon Rd<br>Debary, FL 32713 | Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Ste 4A<br>Valhalla, NY 10595 | Comenity Bank/Pier 1<br>PO Box 182789<br>Columbus, OH 43218 |
| Alec Solomita<br>Solomita Law, PLLc<br>12001 Research Parkway<br>Suite 236<br>Orlando, FL 32826 | Central FL Cardiology Interp<br>PO Box 5940<br>Jacksonville, FL 32247 | Comenity Capital/Over<br>PO Box 182120<br>Columbus, OH 43218 |
| AR Resources<br>PO Box 1056<br>Blue Bell, PA 19422 | Central FL Regional Hospital<br>PO Box 740771<br>Cincinnati, OH 45274 | Commonwealth Finance<br>245 Main Street<br>Scranton, PA 18519 |
| AT&T Uverse<br>PO Box 5014<br>Carol Stream, IL 60197 | Cher Ray Properties LLC<br>Series 10<br>300 Hampton Hills Court<br>Debary, FL 32713 | Continental Finance Company<br>4550 New Linden Hill Rd<br>Ste 400<br>Wilmington, DE 19808 |
| Avante USA<br>3600 South Gessner Suite 225<br>Houston, TX 77063 | Chrome Capital<br>720 Goodlette Frank Rd<br>#400<br>Naples, FL 34102 | Deborah P. Moore<br>5 West Highbanks Rd<br>Debary, FL 32713 |
| Bank of Missouri<br>5109 S Broadband Lane<br>Sioux Falls, SD 57109 | Clear Loan Solutions<br>600 F Street<br>Suite 3, #721<br>Arcata, CA 95521 | Dr. Robyn Cohen<br>2180 W State Rd 434<br>Ste 1172<br>Longwood, FL 32750 |
| Boundary Peak Emerg Phys<br>PO Box 80139<br>Philadelphia, PA 19101 | Collection Bureau of Amer<br>25954 Eden Landing Rd<br>First Floor<br>Hayward, CA 94545 | Emergency Medicine Professio<br>PO Box 9430<br>Daytona Beach, FL 32120 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Comenity Bank.Vctsec<br>PO Box 182789<br>Columbus, OH 43218 | ERC<br>PO Box 23870<br>Jacksonville, FL 32241 |

| | | |
|---|---|---|
| Falck Se II dba<br>American Ambulance<br>PO Box 538598<br>Atlanta, GA 30353 | Golden Valley<br>635 East Hwy 20 E<br>Upper Lake, CA 95485 | Midland Funding<br>2365 Northside Drive<br>Ste 300<br>San Diego, CA 92108 |
| Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA 17106 | Green Trust<br>PO Box 340<br>Hays, MT 59527 | MRS Associates<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 |
| First National Bank<br>500 E 60th Street North<br>Sioux Falls, SD 57104 | HCP-Fish Memorial<br>ATTN:17802C<br>PO Box 14000<br>Belfast, ME 04915 | Nemorus Children's Specialty Care<br>PO Box 530253<br>Atlanta, GA 30353 |
| First Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | Kohl's/Capone<br>PO Box 3115<br>Milwaukee, WI 53201 | Nemours<br>PO Box 530253<br>Atlanta, GA 30353 |
| FL Hospital Fish<br>1055 Saxon Blvd<br>Orange City, FL 32763 | Max Lend<br>PO Box 639<br>Parshall, ND 58770 | Nemours Children's Hospital<br>PO Box 105534<br>Atlanta, GA 30348 |
| FL Hospital Fish Memorial<br>PO Box 864393<br>Orlando, FL 32886 | Medical Services<br>PO Box 24013<br>Chattanooga, TN 37422 | Neurocognitive Consultants<br>2180 W State Rd 434, #1106<br>FL 32770 |
| Flagship Credit Acceptance<br>PO Box 3807<br>Coppell, TX 75019 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804 | North American Credit Serv<br>PO Box 182221<br>Chattanooga, TN 37422 |
| Florida Hospital<br>PO Box 865516<br>Orlando, FL 32886 | Midland Credit Management<br>2365 Northside Drive 300<br>San Diego, CA 92108 | Online Collections<br>PO Box 1489<br>Winterville, NC 28590 |
| Florida Hospital Med Group<br>ATTN# 17805K<br>PO Box 14000<br>Belfast, ME 04915 | Midland Credit Management<br>2365 Northside Drive<br>Ste 300<br>San Diego, CA 92108 | Plain Green LLC<br>PO Box 270<br>Box Elder, MT 59521 |

Pollack & Rosen, P.A.
Attn: Kevin Spinozza
806 Douglas Rd
Suite 200
Miami, FL 33134

Portfolio Recovery & Affil
120 Corporate Blvd., Ste 100
Norfolk, VA 23502

Progressive Leasing
11629 700 E
#250
Draper, UT 84020

Quest Diagnostics
PO Box 740781
Cincinnati, OH 45274

Rina Karle
324 Hazeltine Drive
Debary, FL 32713

Second Round LP
4150 Friedrich Lane, Suite I
Austin, TX 78744

Sheridan Radiology Services
PO Box 452047
Fort Lauderdale, FL 33345

Sheridan Radiology Services
Of CFL
PO Box 743854, Dept 40003
Atlanta, GA 30374

Source Receivables Mgmt
PO Box 4068
Greensboro, NC 27404

Spotloan
PO Box 927
Palatine, IL 60078

Sprint
6200 Sprint Parkway
Overland Park, KS 66251

SYNCB/Amazon
PO Box 965005
Orlando, FL 32896

Syncb/SYNCB
C/O PO Box 965036
Orlando, FL 32896

SYNCB/Walmart
Po Box 965024
Orlando, FL 32896

SYNCB/Walmart
Po Box 965036
Orlando, FL 32896

Tillis Pest Control
91 S Hwy 17-92
Debary, FL 32753

Water Resources and Utilties
123 W Indiana Ave
Deland, FL 32720

Wells Fargo Bank
PO Box 14517
Des Moines, IA 50306

Zoca Loans
PO Box 1147
Mission, SD 57555