8/9/2018 Solomita Law, PLLC Mail - U.S. Bankruptcy Court, Middle District of Florida - Undeliverable Notice, In re: Kristen A Zirkle, Case Number: 1...

Case 6:18-bk-04647-CCJ    Doc 8    Filed 08/09/18    Page 1 of 1



Alec Solomita <asolomita@solomitalaw.com>

## U.S. Bankruptcy Court, Middle District of Florida - Undeliverable Notice, In re: Kristen A Zirkle, Case Number: 18-04647, CCJ, Ref: [p-123970003]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>   Fri, Aug 3, 2018 at 1:06 PM
To: asolomita@solomitalaw.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 4, 2018

From: United States Bankruptcy Court, Middle District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Kristen A Zirkle, Case Number 18-04647, CCJ

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

United States Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Undeliverable Address:
Neurocognitive Consultants
2180 W State Rd 434, #1106
FL 32770

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*Neurocognitive Consultants 2180 W State Rd 434, Ste 1172 Longwood, FL 32779*

_____    3-9-18
Signature of Debtor or Debtor's Attorney         Date